**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

SENAIT MENGESHA,

Plaintiff,

v.

INDEPENDENT SCHOOLS DISTRICT 623 ROSEVILLE AREA SCHOOL DISTRICT,

Defendant.

Case No. 26-CV-3742 (NEB/JFD)

**ORDER**

---

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff Senait Mengesha's Application to Proceed *In Forma Pauperis* (Dkt. No. 2) is **GRANTED**.

2. Ms. Mengesha must submit a properly completed Marshal Service Form (Form USM-285) for Defendant Independent Schools District 623 Roseville Area School District. If Ms. Mengesha does not complete and return the Marshal Service Form within 30 days of this Order's date, the Court will recommend dismissing this action without prejudice for failure to prosecute. Marshal Service Forms will be provided to Ms. Mengesha by the Court.

3. After the return of the completed Marshal Service Form, the U.S. Marshals Service is directed to effect service of process on Defendant Independent Schools District

623 Roseville Area School District consistent with Rule 4(j)(2) of the Federal Rules of Civil Procedure.

Date: August 24, 2026

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge